NO. CAAP-12-0000711

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TITLE GUARANTY ESCROW SERVICES, INC., a Hawaii corporation,
Plaintiff-Appellee,
v.
WAIALEA RESORT COMPANY, LTD., a Hawaii corporation,
Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff/Appellee,
and
MICHAEL J. SZYMANSKI,
Defendant/Cross-Claim Plaintiff/Cross-Claim Defendant/Third-Party
Plaintiff/Third-Party Counterclaim-Defendant/Appellant,
and
JOHN DOES 1-50, et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 02-1-0352(2))

ORDER OF CORRECTION
(By: Foley, J.)

The Order filed on April 24, 2013, is hereby corrected
as follows:

In the caption on the first page, below the
identification of the parties, the reference to the civil number
is corrected to read:

(CIVIL NO. 02-1-0352(2))

The Clerk of the Court is directed to take all
necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, April 29, 2013.

Associate Judge